| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Humrickhouse, Stephani W. | 2. Court or Organization<br><br>Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Court (FT) | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Second Floor<br>300 Fayetteville Street<br>Raleigh, NC 27601 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Compensation Agreement with Nicholls & Crampton, P.A. (former law firm compensation agreement for work performed prior to my taking the bench) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Nicholls & Crampton, P.A. (1099) | $125,835.13 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | FMI Corp W-2 |
| 2. 2012 | FMI Corp 1120S K-1 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | 05/31/12 - 06/02/12 | Myrtle Beach, SC | Bankruptcy Seminar | Lodging |
| 2. | National Conference of Bankruptcy Judges | 10/23/12 - 10/26/12 | San Diego, CA | Annual Conference/ Seminar | Lodging |
| 3. | North Carolina Bar Association | 11/08/12 - 11/10/12 | Greensboro, NC | Annual Bankruptcy Conference | Lodging, mileage, meals |
| 4. | Turnaround Management Association | 12/03/12 - 12/04/12 | Charlotte, NC | Annual Convention Speaker | Lodging, mileage, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FMI Corp. | Stock Purchase | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz Small Cap Value ADM Fund | A | Dividend | M | T | | | | | |
| 2. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | A | Dividend | M | T | | | | | |
| 3. Artisan Midcap Value | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 4. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 5. Black Rock Equity | A | Dividend | M | T | | | | | |
| 6. Columbia Marsico Growth Fund, Class A | A | Dividend | J | T | | | | | |
| 7. Davis NY Venture Fund, Class Y | A | Dividend | J | T | | | | | |
| 8. Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 9. Ivy Midcap | A | Dividend | J | T | Buy | 06/08/12 | J | | |
| 10. Janus Overseas Fund Class S | A | Dividend | | | Sold | 06/30/12 | L | | |
| 11. Lazard Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 12. Mainstay Large Cap Growth Fund | A | Dividend | M | T | | | | | |
| 13. PIMCO Total Return/ADM | A | Dividend | M | T | | | | | |
| 14. Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 15. Thornburg International Value R/3 Fund | A | Dividend | L | T | | | | | |
| 16. Wells Fargo Equity Index Fund | A | Dividend | K | T | | | | | |
| 17. Western Asset Money Market - Class A Fund | A | Dividend | | | Sold | 05/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. William Blair International Growth Fund | A | Dividend | J | T | | | | | |
| 19. Etrade | | | | | | | | | |
| 20. -BIV (mutual fund) | A | Dividend | J | T | | | | | |
| 21. -Corning Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 22. -DPD (mutual fund) | A | Dividend | J | T | | | | | |
| 23. -Ford Motor Stock (common) | A | Dividend | J | T | | | | | |
| 24. -JP Morgan Municipal Fund | A | Interest | J | T | | | | | |
| 25. Vanguard Brokerage Acct | | | | | | | | | |
| 26. -Caterpillar, Inc. Stock (common) | A | Dividend | K | T | | | | | |
| 27. -Ford Motor Co. Stock (common) | A | Dividend | J | T | | | | | |
| 28. -Vanguard Short Term Tax Exempt Bond Fund | C | Dividend | M | T | | | | | |
| 29. -Vanguard Prime Money Mkt Fund | A | Dividend | J | T | | | | | |
| 30. Fidelity Municipal Money Mkt | A | Interest | K | T | | | | | |
| 31. Fisher/Morgan Stanley Man. Inv. Acct. (no control) | E | Dividend | O | T | | | | | |
| 32. -AAUKY | A | Dividend | | | Buy | 01/06/12 | J | | |
| 33. | | | | | Sold | 05/29/12 | J | | |
| 34. -ABB | A | Dividend | | | Sold (part) | 03/02/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/24/12 | J | B | |
| 36. -ABT | A | Dividend | | | Sold | 01/31/12 | J | B | |
| 37. -AGN | A | Dividend | | | Sold | 05/24/12 | J | A | |
| 38. -AMZN | A | Dividend | | | Sold | 05/24/12 | J | B | |
| 39. -AMX | A | Dividend | | | Buy | 01/06/12 | J | | |
| 40. | | | | | Sold | 05/24/12 | J | A | |
| 41. -APC | A | Dividend | | | Buy | 02/01/12 | J | | |
| 42. | | | | | Sold | 05/24/12 | K | C | |
| 43. -BA | A | Dividend | | | Sold | 05/29/12 | J | A | |
| 44. -BASFY | A | Dividend | | | Sold (part) | 01/31/12 | J | C | |
| 45. | | | | | Sold | 05/25/12 | J | D | |
| 46. -BBD | A | Dividend | | | Buy | 01/06/12 | J | | |
| 47. | | | | | Sold | 03/14/12 | J | A | |
| 48. -BIDU | A | Dividend | | | Sold | 05/25/12 | J | D | |
| 49. -BNS | A | Dividend | | | Sold | 02/01/12 | J | B | |
| 50. -BHP | A | Dividend | | | Sold | 05/24/12 | J | C | |
| 51. -CAT | A | Dividend | | | Sold | 05/24/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -CEO | A | Dividend | | | Buy | 01/06/12 | J | | |
| 53. | | | | | Sold | 05/29/12 | J | | |
| 54. -CVE | A | Dividend | | | Buy | 02/21/12 | J | | |
| 55. | | | | | Sold | 06/08/12 | J | A | |
| 56. -DE | A | Dividend | | | Sold | 05/25/12 | J | D | |
| 57. -DOV | A | Dividend | | | Sold | 05/24/12 | J | D | |
| 58. -EMC | A | Dividend | | | Sold | 05/24/12 | J | C | |
| 59. -EMR | A | Dividend | | | Sold | 05/29/12 | J | | |
| 60. -EOG | A | Dividend | | | Buy | 01/31/12 | J | | |
| 61. | | | | | Sold | 05/24/12 | J | | |
| 62. -FCX | A | Dividend | | | Buy | 01/31/12 | K | | |
| 63. | | | | | Sold | 5/29/12 | J | | |
| 64. -GE | A | Dividend | | | Buy | 01/06/12 | K | | |
| 65. | | | | | Sold | 03/14/12 | K | A | |
| 66. -GOOG | A | Dividend | | | Sold | 05/25/12 | J | B | |
| 67. -GSK | A | Dividend | | | Sold | 05/24/12 | K | B | |
| 68. -HAL | A | Dividend | | | Buy | 01/06/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/29/12 | J | | |
| 70.  -HIT | A | Dividend | | | Sold | 05/29/12 | J | A | |
| 71.  -HMC | A | Dividend | | | Sold | 03/14/12 | J | D | |
| 72.  -HON | A | Dividend | | | Sold | 05/29/12 | J | C | |
| 73.  -IBM | A | Dividend | | | Sold | 05/25/12 | J | | |
| 74.  -INTC | A | Dividend | | | Sold | 05/24/12 | J | C | |
| 75.  -JNJ | A | Dividend | | | Buy | 01/06/12 | J | | |
| 76. | | | | | Sold | 05/24/12 | K | | |
| 77.  -MDT | A | Dividend | | | Buy | 01/06/12 | J | | |
| 78. | | | | | Sold | 05/29/12 | J | | |
| 79.  -MOS | A | Dividend | | | Buy | 01/06/12 | J | | |
| 80. | | | | | Sold | 05/29/12 | J | | |
| 81.  -MSFT | A | Dividend | | | Buy | 01/06/12 | J | | |
| 82. | | | | | Sold | 05/24/12 | K | A | |
| 83.  -NOV | A | Dividend | | | Sold | 05/24/12 | J | B | |
| 84.  -NSRGY | A | Dividend | | | Sold | 05/24/12 | K | B | |
| 85.  -OXY | A | Dividend | | | Sold | 05/29/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -ORCL | A | Dividend | | | Sold | 05/24/12 | K | C | |
| 87.  -PFE | A | Dividend | | | Sold | 05/24/12 | J | B | |
| 88.  -PG | A | Dividend | | | Sold | 05/24/12 | J | A | |
| 89.  -PNC | A | Dividend | | | Buy | 01/06/12 | J | | |
| 90. | | | | | Sold | 03/14/12 | J | A | |
| 91.  -PPG | A | Dividend | | | Sold (part) | 03/02/12 | J | C | |
| 92. | | | | | Sold | 05/24/12 | J | D | |
| 93.  -QCOM | A | Dividend | | | Sold | 05/29/12 | J | A | |
| 94.  -RDSA | A | Dividend | | | Buy | 01/06/12 | J | | |
| 95. | | | | | Buy | 02/01/12 | J | | |
| 96. | | | | | Sold | 05/24/12 | K | | |
| 97.  -RHHBY | A | Dividend | | | Buy | 01/06/12 | K | | |
| 98. | | | | | Sold | 02/01/12 | K | | |
| 99.  -RTP/RIO | A | Dividend | | | Buy | 02/03/12 | J | | |
| 100. | | | | | Sold | 05/24/12 | K | | |
| 101.  -SCCO/PCU | B | Dividend | | | Sold | 01/31/12 | J | C | |
| 102.  -SI | A | Dividend | | | Sold (part) | 01/31/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 05/29/12 | J | | |
| 104. -SLB | A | Dividend | | | Sold | 05/24/12 | J | D | |
| 105. -SNY | A | Dividend | | | Buy | 01/06/12 | J | | |
| 106. | | | | | Sold | 05/24/12 | J | | |
| 107. -SPDR | A | Dividend | | | Sold (part) | 01/06/12 | M | D | |
| 108. | | | | | Sold | 12/11/12 | K | | |
| 109. -SPY | A | Dividend | | | Buy | 05/24/12 | K | | |
| 110. | | | | | Sold | 05/25/12 | K | | |
| 111. -STD | A | Dividend | | | Buy | 01/06/12 | J | | |
| 112. | | | | | Sold | 03/14/12 | J | A | |
| 113. -TIF | A | Dividend | | | Sold | 05/24/12 | K | D | |
| 114. -TWC | A | Dividend | | | Sold | 03/14/12 | J | C | |
| 115. -TWX | A | Dividend | | | Sold | 03/14/12 | J | C | |
| 116. -UN | A | Dividend | | | Sold (part) | 03/02/12 | J | A | |
| 117. | | | | | Sold | 05/25/12 | J | A | |
| 118. -UNP | A | Dividend | | | Sold (part) | 01/31/12 | J | C | |
| 119. | | | | | Sold | 05/29/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -UTX | A | Dividend | | | Sold | 05/24/12 | J | D | |
| 121. -VALE | A | Dividend | | | Buy | 01/31/12 | J | | |
| 122. | | | | | Sold | 05/24/12 | J | | |
| 123. -WFC | A | Dividend | | | Buy | 01/06/12 | J | | |
| 124. | | | | | Sold | 03/14/12 | J | B | |
| 125. -WMT | A | Dividend | | | Sold | 05/24/12 | J | B | |
| 126. -XOM | A | Dividend | | | Buy | 01/06/12 | K | | |
| 127. | | | | | Sold | 05/24/12 | K | | |
| 128. -AAXJ (ETF) | A | Dividend | | | Sold (part) | 01/06/12 | L | | |
| 129. | | | | | Sold | 05/24/12 | J | | |
| 130. -EFA (ETF) | A | Dividend | K | T | Buy | 05/29/12 | J | | |
| 131. | | | | | Buy | 05/25/12 | J | | |
| 132. | | | | | Sold (part) | 08/15/12 | J | A | |
| 133. | | | | | Sold (part) | 12/11/12 | K | C | |
| 134. -EXI (ETF) | A | Dividend | | | Buy | 05/29/12 | K | | |
| 135. | | | | | Sold | 08/08/12 | K | A | |
| 136. -FBG (ETF) | A | Dividend | J | T | Buy | 06/08/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/11/12 | J | A | |
| 138. -FXI (ETF) | A | Dividend | | | Buy | 01/06/12 | J | | |
| 139. | | | | | Sold | 05/25/12 | K | | |
| 140. -HYG (ETF) | A | Dividend | K | T | Buy | 05/24/12 | K | | |
| 141. | | | | | Sold (part) | 12/11/12 | J | A | |
| 142. -IXP (ETF) | A | Dividend | J | T | Sold (part) | 08/08/12 | J | | |
| 143. | | | | | Sold (part) | 12/11/12 | J | | |
| 144. -IXN (ETF) | A | Dividend | K | T | Buy | 05/24/12 | K | | |
| 145. | | | | | Sold (part) | 12/11/12 | J | A | |
| 146. -IXC (ETF) | A | Dividend | J | T | Buy | 05/29/12 | K | | |
| 147. | | | | | Sold (part) | 12/11/12 | J | A | |
| 148. -KXI (ETF) | A | Dividend | K | T | Buy | 05/25/12 | J | | |
| 149. | | | | | Buy | 08/08/12 | J | | |
| 150. | | | | | Buy | 08/15/12 | K | | |
| 151. | | | | | Sold (part) | 12/11/12 | J | A | |
| 152. -LQD (ETF) | A | Dividend | M | T | Buy | 05/24/12 | M | | |
| 153. | | | | | Sold (part) | 12/11/12 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -MBB (ETF) | A | Dividend | K | T | Buy | 05/24/12 | K | | |
| 155. | | | | | Sold (part) | 12/11/12 | J | | |
| 156. -MXI (ETF) | A | Dividend | J | T | Buy | 05/29/12 | J | | |
| 157. | | | | | Sold (part) | 12/11/12 | J | A | |
| 158. -QQQ (EFT) | A | Dividend | K | T | Buy | 05/29/12 | L | | |
| 159. | | | | | Sold (part) | 08/15/12 | J | A | |
| 160. | | | | | Sold (part) | 12/11/12 | K | A | |
| 161. -SCPB (ETF) | A | Dividend | K | T | Buy | 05/24/12 | L | | |
| 162. | | | | | Sold (part) | 12/11/12 | K | A | |
| 163. -TFI (ETF) | A | Dividend | L | T | Buy | 05/24/12 | L | | |
| 164. | | | | | Sold (part) | 12/11/12 | K | A | |
| 165. -XLG (ETF) | A | Dividend | K | T | Buy | 05/25/12 | K | | |
| 166. | | | | | Buy | 08/08/12 | J | | |
| 167. | | | | | Sold (part) | 12/11/12 | K | B | |
| 168. -XLV (ETF) | A | Dividend | K | T | Buy | 05/25/12 | K | | |
| 169. | | | | | Sold (part) | 12/11/12 | J | B | |
| 170. -XLY (ETF) | A | Dividend | K | T | Buy | 05/25/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 08/08/12 | J | A | |
| 172. | | | | | Sold (part) | 12/11/12 | J | A | |
| 173. -XLF (ETF) | A | Dividend | J | T | Buy | 05/29/12 | K | | |
| 174. | | | | | Sold (part) | 12/11/12 | J | A | |
| 175. -VWO (ETF) | A | Dividend | J | T | Buy | 05/29/12 | J | | |
| 176. | | | | | Sold (part) | 12/11/12 | J | A | |
| 177. Scott & Stringfellow IRA -Managed Account | C | Dividend | O | T | | | | | |
| 178. -AXP | A | Dividend | | | Sold | 03/14/12 | K | D | |
| 179. -BAM | A | Dividend | K | T | | | | | |
| 180. -BDX | A | Dividend | | | Sold | 02/16/12 | K | B | |
| 181. -BRK/B | | None | L | T | Buy | 3/14/12 | J | | |
| 182. -CL | A | Dividend | | | Sold | 05/08/12 | K | D | |
| 183. -CNQ | A | Dividend | K | T | Buy | 03/20/12 | K | | |
| 184. | | | | | Buy | 04/14/12 | J | | |
| 185. | | | | | Buy | 05/08/12 | J | | |
| 186. -COP | A | Dividend | | | Sold | 04/30/12 | K | D | |
| 187. -CSCO | A | Dividend | J | T | Buy | 06/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Federated Treasury Fund | A | Dividend | M | T | | | | | |
| 189. -FRFHF | A | Dividend | K | T | | | | | |
| 190. -FUR | A | Dividend | K | T | | | | | |
| 191. -GOOG | A | Dividend | K | T | | | | | |
| 192. -IBM | A | Dividend | K | T | Buy | 07/12/12 | K | | |
| 193. | | | | | Buy | 07/17/12 | J | | |
| 194. -INT | A | Dividend | J | T | Buy | 05/04/12 | J | | |
| 195. -JEF | A | Dividend | K | T | Buy | 05/08/12 | J | | |
| 196. -JNJ | B | Dividend | K | T | Sold (part) | 02/02/12 | J | B | |
| 197. -Kraft Foods (name change Mondelez Int'l) MDLZ | A | Dividend | | | Sold (part) | 10/22/12 | J | C | |
| 198. | | | | | Sold | 10/24/12 | K | C | |
| 199. -L | A | Dividend | K | T | | | | | |
| 200. -LUK | A | Dividend | K | T | Buy | 09/28/12 | J | | |
| 201. | | | | | Buy | 11/12/12 | J | | |
| 202. -MHK | | None | K | T | | | | | |
| 203. -MSFT | A | Dividend | K | T | | | | | |
| 204. -OXY | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -PG | A | Dividend | K | T | | | | | |
| 206. -STWD | B | Dividend | K | T | | | | | |
| 207. -TSCDY | B | Dividend | K | T | Buy | 02/14/12 | J | | |
| 208. | | | | | Buy | 02/22/12 | J | | |
| 209. | | | | | Buy | 01/05/12 | K | | |
| 210. | | | | | Buy | 03/06/12 | J | | |
| 211. | | | | | Buy | 03/14/12 | J | | |
| 212. -USB | A | Dividend | | | Sold | 03/14/12 | K | D | |
| 213. -VRX | | None | K | T | Buy | 05/18/12 | J | | |
| 214. | | | | | Buy | 06/12/12 | J | | |
| 215. -WFC | A | Dividend | | | Sold | 03/14/12 | K | D | |
| 216. -WMT | B | Dividend | K | T | Sold (part) | 10/04/12 | J | B | |
| 217. -Y | A | Dividend | K | T | | | | | |
| 218. ACS/Mellon Health Savings Account | | None | J | T | | | | | |
| 219. Durham Arvin Partnership | | None | K | W | | | | | |
| 220. Equitable Insurance | | None | L | T | | | | | |
| 221. FMI Corp. Stock | G | Distribution | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. FMI Infrastructure Investors, LLC | A | Distribution | J | U | | | | | |
| 223. GP Land, LLC | A | Int./Div. | M | U | Buy | 12/19/12 | M | | |
| 224. National Life Insurance | | None | J | T | | | | | |
| 225. Nationwide Insurance | | None | J | T | | | | | |
| 226. North State Bank | A | Interest | J | T | | | | | |
| 227. Sunset Beach, NC Rental Prop. (Brunswick Co. NC) | D | Rent | | | Sold | 08/28/12 | N | | ▓▓▓ |
| 228. Wells Fargo Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

Line: 31: Fisher/Morgan Stanley Man. Inv. Acct. number changed in July 2012

Line 22: FMI Infrastructure Investors, LLC; Interest purchased in 2002 and erroneously omitted from previous reports. Purchased at J value.

CSCO stock listed on 2011 Financial Disclosure Report was purchased on 01/14/11 at value level J and sold on 04/27/11 at value level J. These transactions were erroneously omitted from the 2011 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544